IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA and MATTHEW KOLESAR,<br><br>    Plaintiffs,<br><br> v.<br><br>GIANT EAGLE, INC.,<br><br>    Defendant. | Case No. 2:20-cv-00239-NR |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiffs Robert Jahoda and Matthew Kolesar, by and through their undersigned counsel, and hereby advise this Honorable Court that they have reached an agreement in principle with Defendant Giant Eagle, Inc. The parties are finalizing settlement and dismissal documents and expect to file the dismissal papers within thirty (30) days.

            */s/ R. Bruce Carlson*
            R. Bruce Carlson
            Carlson Lynch, LLP
            1133 Penn Avenue, 5th Floor
            Pittsburgh, PA 15222
            T. (412) 322-9243
            bcarlson@carlsonlynch.com

            *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, R. Bruce Carlson, hereby certify that on August 3, 2020, I caused a true and correct copy of foregoing *Notice of Settlement* to be filed electronically and served via the Court's ECF system.

                                          Respectfully Submitted,

                          By:  */s/ R. Bruce Carlson*
                                      R. Bruce Carlson