## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA and MATTHEW KOLESAR,<br><br>           Plaintiffs,<br><br>     v.<br><br>GIANT EAGLE, INC.,<br><br>           Defendant. | Case No. 2:20-cv-00239-NR |

## STIPULATION OF DISMISSAL

Plaintiffs Robert Jahoda and Matthew Kolesar (collectively, "Plaintiffs") and Defendant Giant Eagle, Inc. ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiffs and Defendant; and

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: September 11, 2020                                 Respectfully Submitted,

*/s/ R. Bruce Carlson*                                              */s/ Minh N. Vu*
R. Bruce Carlson                                                  Minh N. Vu (*Pro hac vice*)
Kelly K. Iverson                                                    SEYFARTH SHAW LLP
CARLSON LYNCH, LLP                                       975 F Street, NW
1133 Penn Avenue, 5th Floor                              Washington, D.C. 20004-1454
Pittsburgh, PA 15222                                          202-463-2400
412-322-9243                                                      mvu@seyfarth.com
bcarlson@carlsonlynch.com
kiverson@carlsonlynch.com                              *Attorneys for Defendant*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on September 11, 2020.

/s/ R. Bruce Carlson